United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12781-amc
Thomas C Blake                                                      Chapter 13
Rosalie W Blake
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2            Date Rcvd: Aug 28, 2017
                             Form ID: pdf900          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
```
db/jdb         +Thomas C Blake,  Rosalie W Blake,  131 Chadwick Ave,  Marcus Hook, PA 19061-4310
13930684      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,  PO BOX 183853,  ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Services dba GM Financial,  PO Box 183853,
                Arlington TX 76096)
13906971       +AmeriCredit Financial Services, Inc. dba GM Financ,  P O Box 183853,
                Arlington, TX 76096-3853
13904591       +Eos Cca,  Po Box 981008,  Boston, MA 02298-1008
13904596       +Gm Financial,  Po Box 181145,  Arlington, TX 76096-1145
13965322       +MidFirst Bank,  999 NorthWest Grand Boulevard,  Oklahoma City, OK 73118-6051
13904603       +Midland Mtg/midfirst,  999 Nw Grand Blvd,  Oklahoma City, OK 73118-6051
13952097       +Rebecca A. Solarz, Esquire,  KML Law Group, P.C.,  Atty for Midland Mortgage,
                701 Market Street, Suite 5000,  Philadelphia, PA 19106-1541
13904611       +Verizon,  500 Technology Dr Ste 30,  Weldon Spring, MO 63304-2225
13904583       +at&t,  131 CHADWICK AVE,  linwood, PA 19061-4310
13904584       +capitol one,  131 CHADWICK AVE,  linwood, PA 19061-4310
13904585       +cardiology consulants,  131 CHADWICK AVE,  linwood, PA 19061-4310
13904586       +comcast,  131 CHADWICK AVE,  linwood, PA 19061-4310
13904588       +crozer keystone,  po box 9800,  coral springs, FL 33075-0800
13904589       +crozer keystone health systems,  131 CHADWICK AVE,  linwood, PA 19061-4310
13904594       +financial recoveries,  po box 1388,  mt laurel, NJ 08054-7388
13904595       +fingerhut,  131 CHADWICK AVE,  linwood, PA 19061-4310
13904597       +health access network,  131 CHADWICK AVE,  linwood, PA 19061-4310
13904600       +kml law group, P.C.,  bny indepoendance center,  701 Market Street,
                Philadelphia, PA 19106-1538
13904601       +main line health,  po box 781242,  philadelphia, PA 19178-1242
13904602       +midland mortgage,  po box 26648,  oklahoma city, OK 73126-0648
13904606       +pro co,  po box 2462,  aston, PA 19014-0462
13904607       +riddle hospital,  131 CHADWICK AVE,  linwood, PA 19061-4310
13904610       +tmobile,  131 CHADWICK AVE,  linwood, PA 19061-4310
13904612       +verizon,  131 CHADWICK AVE,  linwood, PA 19061-4310
13904613       +verizon wireless,  131 CHADWICK AVE,  linwood, PA 19061-4310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 29 2017 01:39:31    City of Philadelphia,
                City of Philadelphia Law Dept.,  Tax Unit/Bankruptcy Dept,  1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2017 01:39:12
                Pennsylvania Department of Revenue,  Bankruptcy Division,  P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2017 01:39:21    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,  Room 1250,  615 Chestnut Street,  Philadelphia, PA 19106-4404
13936384       +E-mail/Text: g20956@att.com Aug 29 2017 01:39:35    AT&T Mobility II LLC,
                %AT&T SERVICES INC.,  KAREN A. CAVAGNARO PARALEGAL,  ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
13904582       +E-mail/Text: bsimmons@amsher.com Aug 29 2017 01:39:34    Amsher Collection Serv,
                4524 Southlake Pkwy Ste,  Hoover, AL 35244-3271
13951371       +E-mail/Text: bankruptcy@consumerportfolio.com Aug 29 2017 01:39:18
                CONSUMER PORTFOLIO SERVICES, INC.,  P.O. BOX 57071,  IRVINE, CA. 92619-7071
13904587       +E-mail/Text: bankruptcy@consumerportfolio.com Aug 29 2017 01:39:18    Consumer Portfolio Svc,
                Po Box 57071,  Irvine, CA 92619-7071
13904590       +E-mail/Text: bknotice@erccollections.com Aug 29 2017 01:39:15    Enhanced Recovery Co L,
                8014 Bayberry Rd,  Jacksonville, FL 32256-7412
13904598        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:39:18    Jefferson Capital Syst,
                16 Mcleland Rd,  Saint Cloud, MN 56303
13963007        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:39:18    Jefferson Capital Systems LLC,
                Po Box 7999,  Saint Cloud Mn 56302-9617
13971990        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:48:38
                LVNV Funding, LLC its successors and assigns as,  assignee of GE Money Bank,
                Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
13969066        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:48:50
                Portfolio Recovery Associates, LLC,  POB 41067,  Norfolk VA 23541
13904605       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:49:03
                Portfolio Recovery Ass,  120 Corporate Blvd Ste 1,  Norfolk, VA 23502-4952
13904608       +E-mail/Text: bankruptcy@sw-credit.com Aug 29 2017 01:39:15    Southwest Credit Syste,
                4120 International Parkway,  Carrollton, TX 75007-1958
13908781       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:49:03    T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,  4515 N Santa Fe Ave,  Oklahoma City, OK 73118-7901
13963122       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:48:50    Verizon,
                by American InfoSource LP as agent,  4515 N. Santa Fe Ave,  Oklahoma City, OK 73118-7901
13904593       +E-mail/Text: bknotice@erccollections.com Aug 29 2017 01:39:15    erc,  8014 bayberry rd,
                jacksonville, FL 32256-7412
13904609       +E-mail/Text: bankruptcy@sw-credit.com Aug 29 2017 01:39:15    sw credit systems lp,
                4120 international pkwste 1100,  carrollton, TX 75007-1958
```

```
District/off: 0313-2          User: Randi              Page 2 of 2             Date Rcvd: Aug 28, 2017
                              Form ID: pdf900          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
13904581        ambler  collection service,    PA
13904592        eos cca,    PA
13904599        jefferson capitol system,    PA
13904604        portfolio recovery,    PA
13931804*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:  Americredit Financial Services, Inc.,   dba GM Financial,
                PO Box 183853,   Arlington, TX  76096)
                                                                                 TOTALS: 5, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
```
              JEANNE MARIE CELLA    on behalf of Debtor Thomas C Blake paralegal@lawbsc.com, pennduke@gmail.com
              JEANNE MARIE CELLA    on behalf of Joint Debtor Rosalie W Blake paralegal@lawbsc.com,
               pennduke@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

THOMAS C BLAKE       Chapter 13
ROSALIE W BLAKE

Debtor      Bankruptcy No. 17-12781-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: August 28, 2017**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEANNE MARIE CELLA
215 N OLIVE ST,  STE 101

MEDIA, PA 19063-

Debtor:
THOMAS C BLAKE
ROSALIE W BLAKE
131 Chadwick Ave

Marcus Hook, PA 19061